UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

THE REPUBLIC OF COLOMBIA, et al.,

Plaintiffs

- against -

DIAGEO NORTH AMERICA INC., et al.,

Defendants.

---

Case No.: 04-CV-4372 (WFK)(VVP)

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all Plaintiffs and Defendants, by their duly authorized undersigned counsel, hereby stipulate to the dismissal without prejudice of this action and any and all claims asserted therein. The parties further stipulate that each party shall bear its own attorney's fees and costs.

**IT IS SO STIPULATED.**

Dated: November 8, 2012

| Counsel for Plaintiffs | Counsel for Defendants |
|---|---|

**Counsel for Plaintiffs**

ACEVEDO SCOTT PLLC,
320 Coral Way
Fort Lauderdale, FL 33301
Tel: (646) 568-5504

By: *[signature]*
Carlos A. Acevedo, Esq. (CA-6427)
cacevedo@acevedoscott.com

*Counsel for Plaintiffs*

**Counsel for Defendants**

HUNTON & WILLIAMS, LLP
1111 Brickell Avenue, Suite 2500
Miami, Florida 33131-1802
Tel: (305) 810-2500

By: *[signature]*
Samuel A. Danon (*pro hac vice*)
sdanon@hunton.com
Laurie U. Mathews (*pro hac vice*)
lmathews@hunton.com

*Counsel for Defendants Diageo North America, Inc., United Distillers Manufacturing, Inc. and Seagram Export Sales Company, Inc.*

SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004-2498
Tel: (212) 558-4000

By: *[signature]*
Philip L. Graham, Jr.
graham@sullcrom.com
Sharon L. Nelles
nelless@sullcrom.com

*Counsel for Defendants Diageo plc and Seagram Export Sales Company, Inc.*

WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005-5901
Tel: (202) 434-5000

By: *[signature]*
Peter J. Kahn (*pro hac vice*)
pkahn@wc.com
Beth A. Levene (*pro hac vice*)
blevene@wc.com

*Counsel for Defendants Pernod Ricard S.A. and Pernod Ricard USA LLC*

---

The application is ✓ granted.
SO ORDERED         ___ denied.
       s/WFK
William F. Kuntz, II, U.S.D.J.
Dated: November 8, 2012
       Brooklyn, New York